# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| LUIS DELGADO,       Plaintiff, | ) ) ) | |
| v. | ) ) | 12-CV-3083 |
| CHAPLAIN TWADDELL, WARDEN YOUNG, MAJOR RUIZ, LIEUTENANT KORTE, and OFFICER MOUNTAIN,       Defendants. | ) ) ) ) ) ) | |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

Plaintiff, proceeding pro se and currently incarcerated in Western Illinois Correctional Center, pursues claims arising from the denial of his right to practice his religion. This case is set for a conference on July 9, 2012, but the conference will be cancelled as unnecessary.

IT IS THEREFORE ORDERED:

1) The status conference set for July 9, 2012, is cancelled. The clerk is directed to notify Plaintiff's prison of the cancellation.

2) As the Court stated in the text order of May 23, 2012, waivers of service addressed to Defendants Ruiz and Mountain have been returned unsigned, with a

letter stating that two persons with the last name "Ruiz" work at Western Correctional Center, and three persons with the last name "Mountain" work at Western Correctional Center. Plaintiff bears the responsibility for identifying the Defendants with sufficient information to enable service. One method for doing so is serving discovery requests on Defendants' counsel after counsel has appeared. Plaintiff is directed to identify the full names of Defendants Ruiz and Mountain by August 31, 2012. Failure to do so without good cause will result in their dismissal, without prejudice.

     3) By October 31, 2012, the parties shall provide to each other the initial disclosures described in Fed. R. Civ. P. 26(a)(1)(i)-(ii).

     4) Discovery closes February 28, 2013.

     5) Dispositive motions are due March 29, 2013.

     6) Plaintiff's incarceration limits him to written discovery. Written discovery must be served on a party at least 30 days before the discovery deadline. Discovery requests and responses are not filed with the court, unless there is a dispute regarding such discovery. See CDIL-LR 26.3. Motions to compel discovery must be accompanied by the relevant portions of the discovery request and the response. Additionally, except for good cause shown, motions to compel must be filed within 14 days of receiving an unsatisfactory response to a timely

discovery request.

7) A final pretrial conference is scheduled for September 9, 2013, at 1:30 p.m.. Defendants' counsel shall appear in person. Plaintiff shall appear by video. The parties are directed to submit an agreed, proposed final pretrial order at least 14 days before the final pretrial conference.

8) The jury trial is scheduled on the Court's trailing trial calendar for , October 1, 2013, at 9:00 a.m. before this Court in Springfield, Illinois. The actual date for jury selection and jury trial will be finalized at the final pretrial conference.

ENTERED:   June 26, 2012

FOR THE COURT:

                              **s/Sue E. Myerscough**
                              SUE E. MYERSCOUGH
                              UNITED STATES DISTRICT JUDGE